DENNIS R. HEWETT v. THE BOARD OF EDUCATION OF BRUNSWICK COUNTY.

(Filed 24 May, 1950.)

APPEAL by defendant from *Stevens, J.,* at September Term, 1949, of BRUNSWICK.

The petitioner applied to the Superior Court of Brunswick County for a writ of *certiorari* to review the action of the defendant, the Board of Education of Brunswick County, in removing him from his office as a member of the school committee for the Shallotte School District. The defendant demurred to the application, and moved to dismiss it. Judgment was entered overruling the demurrer, and denying the motion to dismiss, and the defendant appealed, assigning errors.

*John D. Bellamy & Sons and Robert E. Calder for plaintiff, appellee.*

*E. J. Prevatte, Frink & Herring, and Stevens, Burgwin & Mintz for defendant, appellant.*

ERVIN, J. The questions in this case are identical with those decided this day in *J. P. Russ versus the Board of Education of Brunswick County.* Hence, the judgment is

Affirmed.